there is not substantial evidence to support the judgment.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

**In the Interest of S.R.S., R.A.S., and A.E.S., minor children, L.S .S., Appellant,**

v.

**Rod BARNHILL and Missouri Division of Family Services, Respondents.**

**No. ED 76952.**

Missouri Court of Appeals,
Eastern District,
Northern Division.

Nov. 7, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 14, 2000.

Appeal from the Circuit Court of Lincoln County; J. Rockne Calhoun, Judge.

Malaine P. Hagemeier, James D. Beck, Troy, for appellant.

G. John Richards, Troy, Bruce Antrim, St. Louis, for respondent.

BEFORE: MARY K. HOFF, C.J., CLIFFORD H. AHRENS, J., and MARY RHODES RUSSELL, J.

*ORDER*

PER CURIAM.

L.S. ("mother"), appeals the judgment of the trial court terminating her parental rights. On appeal mother claims that